O

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE G SHOP d/b/a THE G SHOP and JOHN DOE,<br><br>　　　　　Defendants. | No. 5:23-cv-00588-ODW-SHK<br><br>**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT TO SUBSTITUTE DEFENDANTS [21]** |

　　Having considered Plaintiff's Motion for Leave to File Amended Complaint to Substitute Defendants, (ECF No. 21), and finding the Motion internally inconsistent and failing to comply with Local Rule 7-3, the Court **DENIES** Plaintiff's Motion without prejudice.

　　**IT IS SO ORDERED.**

September 14, 2023　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1